**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEONARD IACONO, on behalf of himself and
all others similarly situated,

                Plaintiff,

   - against -

RELIASTAR LIFE INSURANCE COMPANY
OF NEW YORK; PAT POSTS 1-10 and ABC
CORPS. 1-10 (names being fictitious and
unknown),

                Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 20-2545 (GRB)(ARL)

     A Memorandum of Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on September 9, 2021, granting defendants' motion for judgment on the pleadings in all respects, and directing the Clerk to close this case, it is

     **ORDERED AND ADJUDGED** that plaintiff Leonard Iacono take nothing of defendants Reliastar Life Insurance Company of New York, Pat Posts 1-10, and ABC Corps., 1-10; that defendants' motion for judgment on the pleadings is granted in all respects; and that this case is closed.

Dated: September 9, 2021
       Central Islip, New York

                                  DOUGLAS C. PALMER
                                  CLERK OF THE COURT

                   BY:   /S/ JAMES J. TORITTO
                           DEPUTY CLERK